# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PAu 3-660-935

**Effective date of registration:**

October 17, 2012

---

## Title

**Title of Work:** The Company You Keep

**Nature of Work:** Motion Picture

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** TCYK, LLC

**Author Created:** Producer of Motion Picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** TCYK, LLC

6360 Deep Dell Pl, Los Angeles, CA, 90068

**Transfer Statement:** By Written Agreement

## Limitation of copyright claim

**Material excluded from this claim:** A Novel; A Screenplay

**Previously registered:** No

**Previous registration and year:** PAu 3 578-816     2011

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

**Name:** Nicholas Chartier

**Date:** October 17, 2012

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.184.54.122 | 2D5554333330302D687330E5ABD9576E8DB86A36 | µTorrent 3.3.0 | 05/14/2013 12:33:20 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Northbrook |
| 2 | 67.175.245.80 | 4D372D382D302D2DBA7390D655AD035B9BDCA54C | BitTorrent 7.8.0 | 05/12/2013 01:15:27 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Zion |
| 3 | 67.173.23.34 | 2D5554D313834302D06735FBA833C26A1386CAE5A | µTorrent Mac 1.8.4 | 05/12/2013 01:01:00 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 4 | 50.148.69.82 | 4D372D382D302D2D9F72CE4C9E2FB58D615B134D | BitTorrent 7.8.0 | 05/10/2013 09:27:44 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 5 | 50.129.15.129 | 2D5554333330302DB9734421C5E8DD353EE207A3 | µTorrent 3.3.0 | 05/08/2013 07:45:53 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 6 | 50.129.254.210 | 2D5554333132302DB81683B551ACC62C5CF16A28D | µTorrent 3.1.2 | 05/06/2013 02:36:31 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 7 | 67.163.40.5 | 2D5554323034302D8656DDA97F6EA252ADBEAC25 | µTorrent 2.0.4 | 05/05/2013 05:27:00 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Belvidere |
| 8 | 24.12.185.46 | 2D41SA34383030[2D4E495A314559525835364562 | Vuze 4.8.0.0 | 05/04/2013 11:32:25 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Evanston |
| 9 | 67.174.134.197 | 2D5554D313834302D06737F3CBF0E5534ECDFAB64 | µTorrent Mac 1.8.4 | 05/02/2013 06:52:59 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Burbank |
| 10 | 50.129.64.36 | 4D372D382D302D2D0BA73781843AC7EC2F0EAD6B7 | BitTorrent 7.8.0 | 05/02/2013 05:04:01 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Rockford |
| 11 | 98.212.213.122 | 2D5554323231302D2A62B72B1A280349205FAB13 | µTorrent 2.2.1 | 05/02/2013 03:39:11 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Waukegan |
| 12 | 98.213.59.192 | 2D5554333330302D68735F9C648ECA82B7E64197 | µTorrent 3.3.0 | 05/01/2013 03:02:54 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Sterling |
| 13 | 24.1.28.125 | 2D5554333330302D1673342A7D0197810A5C85BE | µTorrent 3.3.0 | 05/01/2013 12:37:00 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 14 | 98.227.200.231 | 2D5554333330302D687302E78D5F52D5AD7EA086 | µTorrent 3.3.0 | 04/29/2013 03:57:43 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Palatine |
| 15 | 98.220.80.165 | 4D372D382D302D2D6973C1A3FCA392705D632E0D | BitTorrent 7.8.0 | 04/29/2013 01:13:46 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 16 | 71.194.65.200 | 2D5554333330302D687303DE462B94FA440A352D | µTorrent 3.3.0 | 04/28/2013 04:27:58 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 17 | 75.118.178.124 | 2D5554333330302D687364492E0AD92DA2CC47DDB | µTorrent 3.3.0 | 04/27/2013 07:13:54 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | WideOpenWest | Illinois | Chicago |
| 18 | 98.226.213.203 | 2D4C543046303020[2D7829632D6867767672744A74 | libtorrent (Rasterbar) 0.15.0 | 04/27/2013 04:33:34 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 19 | 24.15.230.31 | 2D4C5430463030[2D5940362965776664525666E6A | libtorrent (Rasterbar) 0.15.0 | 04/27/2013 03:33:11 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Oak Park |
| 20 | 50.148.44.66 | 2D5554333330302D6873C876D15F2F92E154106E | µTorrent 3.3.0 | 04/26/2013 02:12:22 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 21 | 76.16.38.244 | 2D5554333330302D687309B3B7E99C783D8C793E | µTorrent 3.3.0 | 04/26/2013 01:00:57 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 22 | 67.174.24.215 | 2D5554313330302DBF6A5220B1F09934319A3C12 | µTorrent 3.1.3 | 04/26/2013 12:16:49 AM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Bloomingdale |
| 23 | 76.29.55.200 | 2D5554333330422DB6706CCFEC08763D13BD1FE1 | µTorrent 3.3.0 (Beta) | 04/25/2013 06:50:34 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Palatine |
| 24 | 50.151.15.109 | 2D5554313330302DF96A7D53A59DBE7E3AE0DDD5 | µTorrent 3.1.3 | 04/25/2013 03:41:22 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Morris |
| 25 | 76.29.125.78 | 2D41SA343930302D686165657144764439554367 | Vuze 4.9.0.0 | 04/24/2013 02:32:48 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Waukegan |
| 26 | 24.13.111.122 | 2D5554313831302D4831571F5A772F0D997B6B53 | µTorrent 1.8.1 | 04/24/2013 01:11:55 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | Comcast Cable | Illinois | Chicago |
| 27 | 67.149.227.107 | 2D5554323230302D1F5A0FCD42048BB9B571DCDA | µTorrent 2.2.0 | 04/23/2013 05:37:57 PM | The Company You Keep [2012] BRRip 720p H264 [Masta MnM-RG] | SHA1: E32B3ED3B076676E51FC4073FC16584DBB67FFB2 | WideOpenWest | Illinois | Chicago Heights |