IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-cv-3827 |
| | ) |
| v. | ) |
| | ) Judge Edmond E. Chang |
| DOES 1 – 27, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL STATUS REPORT

There are 27 Doe Defendants in this case. To date, 17 Defendants have been voluntarily dismissed. The remaining 10 Defendants were served with a Waiver of Service of Summons under Rule 4 on November 5, 2013. None of the remaining 10 Defendants have responded or returned the waiver of service. Summons are being issued and served for the remaining 10 Defendants.

Respectfully submitted,

Dated: February 18, 2014       TCYK, LLC

By:   s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
TCYK, LLC

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Supplemental Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 18, 2014.

                                                  s/Michael A. Hierl